IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

IN RE:
DENISE R JOHNSON
    Debtor

Case No. 24-18673

PNC BANK, NATIONAL ASSOCIATION
    Movant
vs.

Chapter 13

DENISE R JOHNSON
    Debtor

MFR No. 21

### NOTICE OF TERMINATION OF STAY IN REGARD TO THE ON PROPERTY LOCATED AT 6605 HANSFORD ST, FORESTVILLE, MD 20747

TO THE CLERK:

    This Notice serves to advise this Court that the Debtor, DENISE R JOHNSON, failed to comply with the terms of the Consent Order Modifying Automatic Stay (Doc. No. 23) related to the property located at 6605 Hansford St, Forestville, MD 20747, which terms required cure of the post-petition arrearage.

    Specifically, the Debtor did not cure the First Notice of Default (Doc. No. 25) dated June 25, 2025 and the automatic stay is now terminated pursuant to the terms of the Consent Order Modifying Automatic Stay.

                                              Respectfully submitted,

Dated: July 10, 2025

                                      */s/Ryan Srnik*
                                      Andrew Spivack, MD Fed. Dist. No. 21497
                                      Ryan Srnik, MD Fed. Dist. No. 30811
                                      Attorney for Creditor
                                      BROCK & SCOTT, PLLC
                                      3825 Forrestgate Drive
                                      Winston Salem, NC 27103
                                      Telephone: (844) 856-6646
                                      Facsimile: (704) 369-0760
                                      E-Mail: MDBKR@brockandscott.com
                                      *Counsel for the Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Chapter 13 Trustee

Kasey L. Edwards, Debtor's Attorney

I hereby further certify that on the 10th day of July, 2025, a copy of the Notice was also mailed first class mail, postage prepaid to:

DENISE R JOHNSON
6605 HANSFORD STREET
DISTRICT HEIGHTS, MD 20747

/s/Ryan Srnik
Andrew Spivack, MD Fed. Dist. No. 21497
Ryan Srnik, MD Fed. Dist. No. 30811
M. Christine Maggard, MD Fed. Dist. No. 31067
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: MDBKR@brockandscott.com